UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | NO. 3:14-CR-00046 |
| | ) | REEVES/POPLIN |
| NICOLE MARJORIE HUGHES, | ) | |
| | ) | |
| *Defendant*. | ) | |

## MEMORANDUM OPINION AND ORDER

On March 3, 2015, Nicole Marjorie Hughes was sentenced to 30 months in prison, followed by three years of supervised release, for conspiracy to distribute a substance containing a detectable amount of oxycodone. Ms. Hughes's supervision began on October 25, 2016. To date, she has served slightly more than half of her term of supervised release.

On May 21, 2017, Ms. Hughes filed a *pro se* motion for early termination of supervised release [D. 99]. In support of her motion, Ms. Hughes states that, since her release, she has maintained steady employment and regained custody of her son. She also now owns her own home.

Ms. Hughes's probation officer has indicated that Ms. Hughes has done well on supervised release, and has focused the majority of her attention on her son. She has submitted a total of 14 negative drug screens, paid off her special assessment fee to the Court, and has not had any new arrests or convictions. For these reasons, the probation officer does not oppose Ms. Hughes's request for early termination of supervised release. The Government also does not object to Ms. Hughes's motion.

A court may terminate a term of supervised release at any time after the expiration of one year of supervision if, after considering the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B),

1

(a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), "it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). After carefully considering the requirements of the statute, the Court finds that early termination of supervised release is appropriate in this case. Accordingly, Ms. Hughes's motion is **GRANTED**, and her term of supervised probation is **TERMINATED**.

The Court is glad to hear that Ms. Hughes is doing well, and wishes her success in her future endeavors.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**